No. 70. COLONIAL FABRICS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Mark M. Horblit* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *I. Henry Kutz* for respondent. ▮

No. 72. SWINERTON ET AL., DOING BUSINESS AS SWINERTON & WALBERG CO., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Gardiner Johnson* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Elizabeth Weston* for respondent. Briefs of *amici curiae* supporting petitioners were filed by *William E. Leahy, William J. Hughes, Jr.* and *Cornelius R. Gray* for the Building & Construction Trades Department of the American Federation of Labor; and by *Lewis T. Gardiner* for the National Constructors Association. ▮

No. 74. FEITLER ET AL., TRADING AS GARDNER & CO., *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *George E. Lindelof, Jr.* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Barnes, Daniel M. Friedman, William T. Kelley* and *Robert B. Dawkins* for respondent. ▮

No. 75. AMERICAN HARDWARE & EQUIPMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Joseph J. O'Connell, Jr.* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Marselli* for respondent. ▮

No. 76. DORTCH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Rodes K. Myers* for petitioner. *Act-*

ing *Solicitor General Davis, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 77. COOKE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *John H. Cantrell* and *Edward M. Box* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Carlton Fox* and *John R. Benney* for respondent.

No. 79. COLORADO RIVER MUNICIPAL WATER DISTRICT ET AL. *v.* BOARD OF WATER ENGINEERS OF TEXAS ET AL. Supreme Court of Texas. Certiorari denied. *Victor W. Bouldin* for petitioners. *John Ben Shepperd,* Attorney General of Texas, *Burnell Waldrep,* Executive Assistant Attorney General, *Thomas Black,* Assistant Attorney General, and *Joe R. Greenhill,* Special Assistant Attorney General, for respondents.

No. 80. CAGLE *v.* MCQUEEN ET AL., DOING BUSINESS AS MCQUEEN & STOUT, ET AL. C. A. 5th Cir. Certiorari denied. *Warren E. Miller* for petitioner. *Emil C. Rassman* for respondents.

No. 82. PORTNER *v.* CENTRAL-PENN NATIONAL BANK. C. A. 3d Cir. Certiorari denied. *Harry Norman Ball* for petitioner. *Ira Jewell Williams, Thomas Raeburn White, Joseph W. Henderson* and *Ira Jewell Williams, Jr.* for respondent.

No. 83. PALACE CORPORATION *v.* UNITED STATES. Court of Claims. Certiorari denied. *Leo Fixler* for petitioner. *Acting Solicitor General Davis, Assistant*